FROM (WED) MAY 4 2005 13:45/ST. 13:42/NO. 6337455400 P 2

# UNITED STATES DISTRICT COURT

FOR THE     District of    MASSACHUSETTS

ONE BEACON AMERICAN INSURANCE COMPANY

V.

CROSBY YACHT YARD, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05-10363-GAO

## 05 10363 GAO

TO: (Name and address of Defendant)
Crosby Yacht Yard, Inc.
72 Crosby Circle
Osterville, MA   02655

RECEIVED
MAY 10 2005
CLINTON & MUZYKA, P.C.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Collins
CLINTON & MUZYKA, P.C.
One Washignton Mall
Suite 1400
Boston, MA   02108

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

FEB 2 4 2005

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | May 06, 2005 |
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __MS. CHERYL NIEMI, CONTROLLER AND__ Duly Authorized Agent for the within-named __CROSBY YACHT YARD, INC.__

Said service was made at: __72 CROSBY CIRCLE, OSTERVILLE__, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ __77.00__    ____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __May 06, 2005__
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.