# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ONE BEACON AMERICAN INSURANCE COMPANY, <br> Plaintiff <br><br> v. <br><br> CROSBY YACHT YARD, INC. <br> Defendant. | Civil Action No. <br> 05-10363-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for defendant, Crosby Yacht Yard, Inc., in the above-entitled action.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

## Certificate of Service

I hereby certify that on May 19, 2005, I electronically filed a Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert E. Collins, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108.

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com