**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ONE BEACON AMERICAN ) <br> INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CROSBY YACHT YARD, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 05-10363 GAO |

**DEFENDANT CROSBY YACHT YARD, INC.'S CORPORATE DISCLOSURE STATEMENT**

Now comes the defendant, Crosby Yacht Yard, Inc., (hereinafter, "Crosby"), in the above captioned matter, by and through its undersigned attorneys, Holbrook & Murphy, and submits its Corporate Disclosure Statement pursuant to Local Rule 7.3.

There is no parent corporation and no publicly held company owns 10% or more of the stock of Crosby Yacht Yard, Inc.

By its attorney,

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com

**Certificate of Service**

      I hereby certify that on May 19, 2005, I electronically filed the Defendant Crosby Yacht Yard, Inc.'s Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Robert E. Collins, Clinton & Muzyka, P.C., One Washington Mall, Suite 1400, Boston, MA 02108.

/s/ Seth S. Holbrook
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151
holbrook_murphy@msn.com