UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ONE BEACON AMERICA INSURANCE COMPANY,    CIVIL ACTION
                    Plaintiff            NO. 05-10363-GAO

vs.

CROSBY YACHT YARD, INC.,
                    Defendant.

CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

INTERNATIONAL MARINE                CLINTON & MUZYKA, P.C.
UNDERWRITERS

_____              _____
Joseph Lodispoto                     Robert E. Collins
77 Water Street, 16th Floor          BBO NO. 555843
New York, NY 10005                   One Washington Mall
                                     Suite 1400
                                     Boston, MA 02108
                                     (617) 723-9165

Dated: December 8, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ONE BEACON AMERICA INSURANCE COMPANY,    CIVIL ACTION
    Plaintiff                               NO. 05-10363-GAO

VS.

CROSBY YACHT YARD, INC.,
    Defendant.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| INTERNATIONAL MARINE UNDERWRITERS | CLINTON & MUZYKA, P.C. |
|---|---|
| *[signature]* | *[signature]* |
| Joseph Lodispoto | Robert E. Collins |
| 77 Water Street, 16th Floor | BBO NO. 555843 |
| New York, NY 10005 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA 02108 |
| | (617) 723-9165 |

Dated: December 8, 2005