UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-10363-GAO

ONE BEACON AMERICA INSURANCE COMPANY,
    Plaintiff,

VS.

CROSBY YACHT YARD, INC.,
    Defendant.

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

OneBeacon America Insurance Company is a Massachusetts corporation, formerly known by the name of Commercial Union Insurance Company and then CGU. Both were not publicly traded corporations. Its stock was wholly owned by its corporate parent OneBeacon Insurance Company, likewise not publicly traded, whose stock is in turn wholly owned by OneBeacon Insurance Group, LLC, likewise not publicly traded, whose stock is in turn wholly owned by Fund America Companies, Inc., likewise not publicly traded, whose stock is in turn wholly owned by Fund Enterprises Holdings, Inc., likewise not publicly traded, whose stock is in turn wholly owned by WM Bridgetown (Barbados) Ltd., likewise not publicly traded, whose stock is in turn wholly owned by White Mountains (Luxembourg) S. a. r. 1., likewise not publicly traded, whose stock is in

turn wholly owned by WM Asset Management (Barbados) SRL, likewise not publicly traded, whose stock is in turn wholly owned by White Mountains Insurance Group, Ltd. The last of these is publicly traded on the New York Stock Exchange under the symbol " WTM" .

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/Robert E. Collins"**
**Robert E. Collins**
**BBO NO: 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  December 15, 2005